

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00328-CV

| | | |
|---|---|---|
| Lon Smith & Associates, Inc. and A-1 Systems, Inc., d/b/a Lon Smith Roofing and Construction | § | From the 236th District Court |
| | § | of Tarrant County (236-267881-13) |
| v. | § | August 3, 2017 |
| Joe Key and Stacci Key | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's October 15, 2015 class certification order. It is ordered that the class certification order of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's class certification order that certifies for class treatment the Keys' declaratory-judgment claim and the Keys' DTPA claim based on section 17.50(a)(4) (Violation of Chapter 541 of the Texas Insurance Code). We reverse that portion of the trial court's class certification order that certifies for class treatment the Keys' DTPA claim based on section 17.50(a)(3) (Unconscionability). We remand this cause

to the trial court: (1) with instructions to decertify the DTPA section 17.50(a)(3) (Unconscionability) claim, and (2) for further class proceedings.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
           Justice Sue Walker